JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMANDO ZOSA CLAVANO, | ) | Case No. EDCV 07-276-SVW (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEN CLARK, Warden, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 27, 2011

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge